UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANINDER JAWANDA, et al,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-04719-TRJ |

## **AMENDED J U D G M E N T**

　　　This action having come before the court, Honorable Tiffany R. Johnson, United States District Judge, for consideration of Plaintiffs' Second Motion for Summary Judgment, and the court having Granted said motion, it is

　　　**Ordered and Adjudged** the Court DECLARES that Allstate has no duty to provide coverage, indemnity, or a defense to Aninder or Rana under the Family Liability Protection - Coverage X of the Policy for the claims arising out of the October 2, 2021 accident. The Court further DECLARES that Allstate has no duty to provide coverage to Spears under the Guest Medical Protection – Coverage Y of the Policy for the claims arising out of the October 2, 2021 accident.

　　　Dated at , Atlanta Georgia, this 18th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT
　　　　　　　　　　　　　　　　　By:　　s/. D. Salpeter
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 18, 2025
Kevin P. Weimer
Clerk of Court
By:　　s/. D. Salpeter
　　　　Deputy Clerk